IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02174-AP

SHARON K. MRACEK,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Richard K. Blundell
801 11th Avenue
Greeley, CO 80631
(970) 356-8900
Mrrkblaw@mcleodusa.net

For Defendant:

WILLIAM J. LEONE
United States Attorney
KURT J. BOHN
Assistant United States Attorney
kurt.bohn@usdoj.gov

By:    Debra J. Meachum
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1570; (303) 844-0770 (facsimile)
debra.meachum@ssa.gov;
d_meachum@hotmail.com

2.      **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.      **DATES OF FILING OF RELEVANT PLEADINGS**

   A.      **Date Complaint Was Filed:**
           **October 27, 2005.**
   B.      **Date Complaint  Was Served on U.S. Attorney's Office:**
           **November 21, 2005.**
   C.      **Date Answer and Administrative Record Were Filed:**
           **January 20, 2005.**

4.      **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**The parties, to the best of their knowledge, state that the administrative record is complete and accurate.**

5.      **STATEMENT REGARDING ADDITIONAL EVIDENCE**

**The parties will not submit additional evidence.**

6.  **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.**

7.  **OTHER MATTERS**

**The parties have no other matters to bring to the attention of the court.**

8.  **PROPOSED BRIEFING SCHEDULE**

   A.      **Plaintiff's Opening Brief Due:**        **MARCH 21, 2006.**
   B.      **Defendant's  Response Brief Due:**      **APRIL 21, 2006.**
   C.      **Plaintiff's Reply Brief (If Any) Due:**   **MAY 8, 2006.**

9.      **STATEMENTS REGARDING ORAL ARGUMENT**

   A.      **Plaintiff's Statement:**
           **Plaintiff does not request oral argument.**
   B.      **Defendant's Statement:**
           **Defendant does not request oral argument.**

**10.**     **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

**A.**     **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B.**     **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 10th day of February, 2006.

BY THE COURT:


 S/John L. Kane_____
U.S. DISTRICT COURT JUDGE

APPROVED:

    <u>For Plaintiff</u>:

    <u>s\Richard K. Blundell</u>    Date:  2/9/06
    Richard K. Blundell
    801 11th Avenue
    Greeley, CO 80631
    (970) 356-8900
    Mrrkblaw@mcleodusa.net

    <u>For Defendant</u>:

    WILLIAM J. LEONE
    United States Attorney
    KURT J. BOHN
    Assistant United States Attorney
    kurt.bohn@usdoj.gov

    <u>s\Debra J. Meachum</u>    Date:  2/9/06
By:    Debra J. Meachum
    Special Assistant United States Attorney
    Social Security Administration
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    (303) 844-1570
    (303) 844-0770 (facsimile)
    debra.meachum@ssa.gov
    d_meachum@hotmail.com