IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-2174-AP**

**SHARON K. MRACEK,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiff's Motion for Leave to File Corrected Opening Brief (doc. #17), filed April 13, 2006 is **GRANTED.**  The Corrected Opening Brief (doc. #16) is accepted as filed.

Dated:  April 13, 2006